[No. 22464–6–I.  Division One.  May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. COLVIN LEE
ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–00565–2, Liem E. Tuai, J., entered June
16, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22031–4–I.  Division One.  May 1, 1989.]

PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, *Respondent,* v. RONALD L. PEPIN, ET AL, *Defendants,*
MICHAEL J. STOLZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–2–05266–2, Gerald L. Knight, J.,
entered March 18, 1988. *Reversed* by unpublished opinion
per Swanson, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 20750–4–I.  Division One.  May 1, 1989.]

JAMES H. DAILEY, ET AL, *Respondents,* v. JOSEPH M.
CASPER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–09555–5, Frank L. Sullivan, J., entered
June 23, 1987. *Affirmed in part* and *reversed in part* by
unpublished opinion per Swanson, J., concurred in by
Grosse, A.C.J., and Scholfield, J.

[No. 23709–8–I.  Division One.  May 1, 1989.]

THOMAS JONASSON, *Respondent,* v. SCOTT WETZEL
SERVICES, INC., ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–09177–9, John M. Darrah, J., entered
January 19, 1989. *Dismissed* by unpublished per curiam
opinion.